**UNITED STATES DISTRICT COURT**
District of Alaska
222 West 7th Avenue - Unit 54
Anchorage, Alaska 99513-7545

**H. Russel Holland**                    1 September 2004
  Senior Judge

Judge Mary M. Lisi, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:  Calendar Year 2003
     Financial Disclosure Report

Dear Judge Lisi:

I am in receipt of your letter of July 30, 2004, concerning my most recent financial disclosure report.

As regards Item No. 1 of the second part of your letter, I have the following response.  The listing of value code "V" for the "MONY Group originated in my 2000 report for calendar year 1999 (Part VII, line 48).  Because this "investment" flowed from a de-mutualization of an insurance company, there was uncertainty in 2000 concerning how to value the same.  That is no longer the case; however, we carried forward the "V" code in all the subsequent years, including 2003. Unfortunately, the matter escaped everyone's attention until now. The proper valuation code for this item (now Part VII, page 2, line 35) should be "T" rather than "V".

Turning to Item No. 2, which also has to do with Part VII (and more particularly, page 1, lines 12, 14, 17, and 18; page 2, line 24; and page 3, lines 38 and 52), in each instance save one we simply lost our focus on the need to leave column "C" blank for disposed of assets.  In each of lines 12, 17, and 18 (page 1), line 24 (page 2), and lines 38 and 52 (page 3), the assets were completely disposed of. The item at line 14 (page 1) was not wholly liquidated.  As stated, the principal was withdrawn, leaving accruals for which the correct Column C value and method codes were used.

In carrying out the foregoing review, I have noted a valuation code error with respect to Part VII, page 3, line 52.  At that point, we mistakenly included an income code letter instead of the correct valuation code letter which was "J".

Please consider the foregoing as amendments to my 2003 report.

Sincerely,



H. Russel Holland

| AO-10 | |
|---|---|
| Rev. 1/2004 | |

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) HOLLAND, H. Russel . | 2. Court or Organization District of Alaska | 3. Date of Report 5/13/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge (Senior) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/03 .to 12/31/03 |
| 7. Chambers or Office Address United States District Court 222 West 7th Avenue - Unit 54 Anchorage, Alaska 99513 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee Account (See Sec. VII, line 17) | CARDCO--An investment partnership which was dissolved by agreement effective 12/31/96. |
| 2. | I receive liquidation payments due other partners and disburse from trust account. Last of assets was received and distributed during 2003. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
MAY 26  3 24 PM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOLLAND, H. Russel | 5/13/04 |

## VII. INVESTMENTS and TRUSTS
– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CMS Energy | | None | J | T | | | | | |
| 2. Nordstrom, Inc. | A | Dividend | K | T | | | | | |
| 3. Rowan Companies | | None | J | T | | | | | |
| 4. MSDW (Individual Liquid Asset Account) | A | Dividend | J | T | | | | | see Note, Part VIII |
| 5. Canoe Lake Lot | | None | K | W | | | | | |
| 6. Talkeetna, Alaska, Lot | | None | K | W | | | | | |
| 7. Chitina, Alaska, Lot | | None | J | W | | | | | |
| 8. First National Bank of Anchorage, Alaska | A | Interest | K | T | | | | | |
| 9. MSDW / Dividend Growth | A | Dividend | K | T | | | | | |
| 10. MSDW (Individual Liquid Asset A/C) | A | Dividend | J | T | | | | | |
| 11. Bank of America / Portland, Oregon | A | Interest | J | T | | | | | |
| 12. Borden Chemical & Plastic | | None | J | T | Bankrupt | 12/31 | J | | see Note, Part VIII |
| 13. Pepsico | A | Dividend | J | T | | | | | |
| 14. Franklin Value Mark II Variable Annuity Contract | A | Dividend | K | T | withdrawal | 06/02 | M | | Withdrawal of Principal |
| 15. Motorola | A | Dividend | J | T | | | | | |
| 16. First National Bank of Anchorage / Savings | A | Interest | J | T | | | | | |
| 17. National Bank of Alaska (Trust Account) | A | Interest | J | T | A/C Closed | 10/03 | J | | Assets Distributed |
| 18. Main Investors Ltd.Partnership 1/4 of one unit | A | Interest | J | W | Dissolved | 12/31 | J | A | see Note, Part VIII |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 5/13/04 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | Bank of America Investment A/C Nation's Cash Reserves Daily | A | Dividend | J | T | | | | | |
| 20. | Franklin, Oregon, Tax-Free Mutual Fund | D | Interest | N | T | buy | 01/21 | J | | see Note, Part VIII |
| 21. | Biosource International | A | Dividend | J | T | | | | | |
| 22. | Tri-Global Restaurant | A | Dividend | J | T | | | | | |
| 23. | Franklin Income Fund | B | Dividend | K | T | buy | 06/30 | K | | |
| 24. | Franklin Growth Series | A | Dividend | J | T | sold | 11/20 | J | A | |
| 25. | Dean Witter Utilities B Fund (IRA A/C) | A | Dividend | J | T | | | | | |
| 26. | Information Fund (IRA A/C) | A | Dividend | J | T | | | | | see Note, Part VIII |
| 27. | Dean Witter Liquid Asset (IRA A/C) | A | Interest | J | T | | | | | |
| 28. | Boston Housing Ltd.Partnership | F | see Note | J | W | partial sale | | J | F | see Note, Part VIII |
| 29. | Dean Witter - Equity Trust Ten Industrials (IRA A/C) | A | Dividend | J | T | Exc/purch | 01/19 | | | see note, Part VIII |
| 30. | Dell Computer | A | Dividend | J | T | | | | | |
| 31. | Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 32. | Pfizer | A | Dividend | J | T | | | | | |
| 33. | Washington Mutual | A | Dividend | J | T | | | | | |
| 34. | Hewlett Packard | | None | J | T | | | | | |
| 35. | MONY Group | A | Dividend | J | V | | | | | |
| 36. | Boeing Co. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 5/13/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Northrim Bank | A | Dividend | K | T | | | | | |
| 38. Parametric Technologies | A | Dividend | J | T | sell | 12/30 | J | A | |
| 39. Agilent Technologies | A | Dividend | J | T | | | | | |
| 40. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 41. AT&T Corporation | | None | J | T | | | | | |
| 42. MetLife | A | Dividend | J | W | | | | | |
| 43. Trust #1 [Lines 44 through 50, inclusive]: | | | | | | | | | |
| 44. –MSDW Developing Growth | A | Dividend | J | T | | | | | see Note, Part VIII |
| 45. –MSDW Technology Fund C | A | Dividend | J | T | | | | | |
| 46. –MFS Utilities Fund C | A | Dividend | K | T | | | | | |
| 47. –MFS Investors Growth Stock C | A | Dividend | K | T | | | | | |
| 48. –MSDW Active Assets Money Trust | D | Interest | N | T | | | | | |
| 49. –EMC Corp. Stock | | None | J | T | | | | | |
| 50. –Con Edison Bank | A | Interest | J | T | | | | | |
| 51. EMC Corporation | | None | J | T | | | | | |
| 52. JDS Uniphase | A | Dividend | J | T | Sell | 12/30 | A | A | |
| 53. Interwoven | A | Dividend | J | T | | | | | |
| 54. Alaska Air | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 5/13/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. AT&T Wireless | | None | J | T | | | | | |
| 56. Comcast Corp. | | None | J | T | | | | | |
| 57. Portland Teachers Credit Union | A | Interest | K | T | buy | 11/14 | K | | |
| 58. Nations Convertible Sec. | A | Dividend | K | T | buy | 06/17 | K | | |
| 59. Met Life - whole life | A | Interest | J | T | | | | | see note, Part VIII |
| 60. Met Life - whole life | A | Interest | J | T | | | | | see note, Part VIII |
| 61. Americo Financial Life - whole life | A | Interest | L | T | | | | | see note, Part VIII |
| 62. American General - whole life | A | Interest | K | T | | | | | see note, Part VIII |
| 63. American General - whole life | A | Interest | K | T | | | | | see note, Part VIII |
| 64. Canada Life - whole life | A | Interest | J | T | | | | | see note, Part VIII |
| 65. MONY - whole life | A | Interest | J | T | | | | | see note, Part VIII |
| 66. Massachusetts Mutual - flexible retirement annuity | D | Dividend | L | T | | | | | see note, Part VIII |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2) U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOLLAND, H. Russel | 5/13/04 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

| | |
|---|---|
| Part VII, various: | "Dean Witter" and/or "Dean Witter Reynolds" is "Morgan Stanley Dean Witter" — now listed as "MSDW". |
| Part VII, ln. 12: | Liquidated in Bankruptcy; final partnership return filed 12.31.03. |
| Part VII, ln. 18: | Assets distributed; final partnership return filed. |
| Part VII, ln. 20: | This asset was added to; in addition to the entry of 01.21.03 ("J"), indicated, there were two other additions: one on 10.13.03 (also a "J") and another on 06.01.03 ("M"), for an aggregate gross value on this asset of "N" at the end of the reporting period. |
| Part VII, ln. 26: | Name change:  f/k/a Dean Witter Technology, reported at line 28 of the 2002 report. |
| Part VII, ln. 28: | Partial sale of assets by limited partnership. |
| Part VII, ln. 29: | re Dean Witter [Ten Industrials]:  this account rolls over annually. |
| Part VII, ln. 44: | Name change:  f/k/a MSDW New Discoveries Fund C reported at line 47 of the 2002 report. |
| Part VII, lns. 59 through 65: | Life insurance arrangements (whole life policies) were not understood to be reportable.  All of these policies were acquired more than 20 years ago (some as long as 50 years ago). |
| Part VII, ln. 66: | The Massachusetts Mutual, flexible retirement annuity policy  was allowed to go dormant (that is, no further payments on the policy were made) some 20 years ago.  The 2002 value of the policy was converted to a 15-year paid-up annuity in 2002.  The income indicated in Column B-1 is the annual payout from the annuity. |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOLLAND, H. Russel | 5/13/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date **5/13/04**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544